IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARILYN KENT                         :        CIVIL ACTION
                                     :
    v.                               :
                                     :
MR. JOHN HANDCHIN, et al.            :        NO. 12-0071

**FILED**

**MAR 9 2012**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 9th day of March, 2012, upon

consideration of plaintiff's complaint and her motion to proceed

in forma pauperis, IT IS ORDERED that:

    1.    Plaintiff's motion to proceed in forma pauperis is

GRANTED.

    2.    Plaintiff's Complaint is DISMISSED pursuant to

28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure

12(h)(3).

    3.    Plaintiff's "Petition" is DENIED.

    4.    This case shall be marked CLOSED.

BY THE COURT:

JUAN R. SANCHEZ, J.